[No. 46368-3-I. Division One. May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD YRI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02133-4, Ronald Kessler, J., entered March 24, 2000. *Dismissed* by unpublished opinion per Ellington, J., concurred in by Coleman and Baker, JJ.

[No. 46393-4-I. Division One. May 21, 2001.]

JEROMY LADWIG, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 00-1-00003-1, Alan R. Hancock, J., entered April 11, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46443-4-I. Division One. May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD WESLEY STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-09985-7, Ronald Kessler, J., entered April 12, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46525-2-I. Division One. May 21, 2001.]

AL MYCON, *Appellant*, v. MICHAEL MYCON, ET AL., *Defendants*, TERRANCE FROESE, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-2-01434-5, Susan K. Cook, J., entered February 25, 2000. *Affirmed* by unpublished per curiam opinion.